# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-3 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| EDWARD ANTHONY RODRIGUEZ, | |
| Defendant(s). | |

Presently before the court is the matter of *United States of America v. Edward Anthony Rodriguez*, case number 2:14-cr-00003-JCM-CWH.

On Wednesday, February 12, 2020, the court held a hearing on the revocation of Rodriguez's supervised release. At the hearing, Rodriguez represented to the court that he has potential employment with Paldi Steel Services. The court reviewed a letter from Mr. Rodney Paldi, who indicated that he would be willing to hire Rodriguez. Mr. Paldi indicated that Rodriguez "has to want it. Nobody can make him want it. He has a choice to make."

The court also canvassed Rodriguez about potential criminal charges in state court. A status check is set in state court for February 27, 2020. To date, no criminal complaint has been filed and no state court case has been opened. Rodriguez is not being held in state custody.

In light of Rodriguez's potential employment and the uncertainty of the state court proceeding, the court continued the revocation of Rodriguez's supervised release to March 10, 2020. However, Rodriguez remains in federal custody for the instant violation of his supervised release. The court acknowledged that Rodriguez's incarceration interferes with his potential employment with Paldi Steel Services and indicated that Rodriguez would be released from custody.

**James C. Mahan**
**U.S. District Judge**

The court hereby orders Rodriguez released from custody on the previously imposed conditions of supervised release.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Rodriguez be released from custody on the previously imposed conditions of supervised release.

DATED February 12, 2020.

_____
UNITED STATES DISTRICT JUDGE