UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-3 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| EDWARD ANTHONY RODRIGUEZ, | |
| Defendant(s). | |

Presently before the court is defendant Edward Rodriguez's motion for own recognizance release.  (ECF No. 70).  The government filed an opposition.  (ECF No. 71).  Defendant filed no reply.

On August 3, 2020, defendant appeared before Magistrate Judge Albregts on his bench warrant and was ordered detained.  (ECF No. 72).  The instant motion was filed 11 days prior to the magistrate judge's decision.  (ECF No. 70).  This court now reviews the magistrate judge's detention order under 18 U.S.C. 3145(b) (review of a detention order).

Defendant requests release on his own recognizance on the condition that he is placed at an appropriate residential drug treatment program.  (ECF No. 70).  The motion indicates that he is seeking entry into a specific drug treatment facility in Nevada.  (*Id.*).

The magistrate judge, having heard the arguments in the instant motion, denied this request.  (ECF No. 72).  Defendant presents no new legal or factual bases for release since that hearing.  (ECF No. 70).  There is no further "exceptional reason[] why such person's detention would not be appropriate."  18 U.S.C. 3145(c).

This motion is denied.

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion for own recognizance release (ECF No. 70) be, and the same hereby is, DENIED.

DATED August 14, 2020.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge

- 2 -