NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
CHRISTOPHER LIN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336
christopher.lin@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EDWARD ANTHONY RODRIGUEZ, ) <br> ) <br> Defendant. ) | Case No.: 2:14-cr-00003-JCM-CWH <br><br> **Stipulation to Continue Defendant Rodriguez's Revocation of Supervised Release Hearing** |

IT IS HEREBY STIPULATED AND AGREED by and between, Nicholas A. Trutanich, United States Attorney, District of Nevada, CHRISTOPHER LIN, Assistant United States Attorney, representing the United States of America, and TERRY JACKSON, Esq., counsel for defendant RODRIGUEZ:

THAT THE REVOCATION OF SUPERVISED RELEASE HEARING currently scheduled for September 4, 2020, be continued for one week or a date convenient for the Court.

This Stipulation is entered into for the following reasons:

1. The parties agree to this continuance;

2. Counsel for defendant needs additional time review discovery, to meet and confer with defendant, and to discuss hearing strategies in this case;

3. Defendant is incarcerated and does not oppose this stipulation;

4. The parties agree there are no case specific facts as to this matter where further delay would cause serious harm to the interests of justice. The parties agree that a continuance of the Preliminary Revocation Hearing of Supervised Release is appropriate; and

5. This is the first request for continuance.

DATED this 1st day of September, 2020.

    NICHOLAS A. TRUTANICH
    United States Attorney

    */s/ Christopher Lin*
    CHRISTOPHER LIN
    Assistant United States Attorney

    */s/ Terry Jackson*
    TERRY JACKSON, ESQ.
    Counsel for Defendant JACKSON

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00003-JCM-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| EDWARD ANTHONY RODRIGUEZ, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue Defendant RODRIGUEZ's Revocation of Supervised Release Hearing currently set for September 4, 2020, to September 18, 2020 at 11:00 a.m.

DATED September 2, 2020.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

3